✳CLERK COPY✳

FILED
APR 24 2014
APR 24 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

aEE
1#

# United States District Court
## Northern District of Illinois

Vibron Lloyd

      Plaintiff,

v.

Elijah Willis, et al.

      Defendants

Case No: 13CV6948

Judge: Honorable Ronald A. Guzman

## Motion for Judgement
## In Favor Of The Plaintiff

    Now Come the plaintiff Vibron Lloyd and Moves for this Honorable Court to grant this Motion for Judgement in favor of The plaintiff and for the relief sought in this action before the Court,
    in support of which the plaintiff states:

1. The plaintiff Vibron. L. Lloyd (Lloyd) has filed a Civil Complaint under 42 U.S.C. Section 1983 in this said Court against the Defendants.

2. This Action was filed on September, 26th. 2013.

3. An order was entered on November 14th. 2013 by this Honorable Court, granting the plaintiff leave to proceed with said case in forma pauperis. And ordering and directing the U.S. Marshal's Service to service summons and complaints to the Defendants.

4. Lloyd recieved the USM-285 forms from the U.S. Marshal's Service, on November 26th. 2013 filled the 3 forms out

accurately. Additionally specifying the address of the Maywood Police Department as the service location: "125 South Fifth Avenue, Maywood, IL 60153.

5. Subsequently, in response to recieving Lloyd's USM-285 forms, on December 16th, 2013, The U.S. Marshall Service, specifically, Officer Leslie Grandberry, served the complaint on all the Defendants on December 23rd 2013 at 1400 Hours (2:00 pm Central Standard time).

6. The federal Constitution's fourth Amendment permits a reasonable postponement of a probable cause determination following a warrantless arrest while the police cope with the everyday problems of processing suspects through an overly burdened criminal justice system; but flexibility in this matter has it's limits, and a State has no legitimate interest in detaining for an extended period individuals who have been arrested without probable cause.

7. At the core of the Standing doctrine under Article III of the federal Constitution is the requirement that a plaintiff allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redress by the requested relief.

Respectfully Submitted:

_Vibron Lloyd_

Vibron Lloyd, Plaintiff

On This 16 Day of April 2014

# CERTIFICATE OF SERVICE:

Vibron Lloyd being first duly sworn on oath deposes and says he did deposit a copy of this Motion for Judgement in favor of the plaintiff, To the Defense attorney in this Matter, KTJ (Kilien Thorp and Jenkins) Mallory Milluzzi esq 20 N. Wacker Dr. Ste 1660, Chicago, IL 60606, With the U.S. postage fully pre paid There on on This 16 day of April 2014

28 USC 1746
Notary public

28 USC 1746
Notary Seal

c

# United States District Court
## Northern District of Illinois

| | |
|---|---|
| Vibron Lloyd, <br>     Plaintiff, <br> V. <br> Elijah Willis, et al. <br>     Defendants | Case No: 13CV6948 <br><br><br> Judge: Honorable Ronald A. Guzman. |

## Certificate of Service

Vibron Lloyd Being first duly sworn on oath deposes and says. I Vibron Lloyd have Served a Copy of Consent to exericse of Jurisdiction by a United States Magistrate Judge from on,
Mallory Milluzzi, Village of Maywood Attorney, KTJ, LTD, 20 N. Wacker Drive: 1660, Chicago, IL 60606-2903
By placing 1 post Marked envelope fully pre-paid to the above address and recipients by placing it in the U.S. Postal Mail at the Cook County Dep't of Corrections, 2700 S. California Ave. Chicago, IL 60608.

This 16 day of April 2014

                               _Vibron Lloyd_
                               Vibron Lloyd, Plaintiff.